No. 80–5550. SHEHADEH v. GREEN HOTELS, INC., ET AL. Ct. App. D. C. Certiorari denied.

No. 80–5552. WOODWARD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–5558. GARDNER v. MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 80–5559. BREEST v. PERRIN, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 80–5583. PORRES DE RICO v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 80–5592. WILLIAMS v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 80–5593. URIBE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–5594. PELCZARSKI v. SOUTHEASTERN BANK & TRUST CO. ET AL. C. A. 1st Cir. Certiorari denied.

No. 80–5607. STONE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–5611. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5614. SMITH v. KEOHANE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 80–5619. REED v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–5621. BLACK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.